# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5130**                    **September Term, 2024**

**1:25-cv-00511-CRC**

**Filed On: April 18, 2025**

In re: U.S. DOGE Service, et al.,

      Petitioners

      **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus and the emergency motion for a stay, which includes a request for an immediate administrative stay, it is

**ORDERED** that the district court's April 15, 2025, order granting in part the motion for expedited discovery be administratively stayed pending further order of the court. The purpose of this administrative stay is to allow the court time to receive full briefing on the mandamus petition and to render a decision on the petition and stay motion. The administrative stay should not be construed in any way as a ruling on the merits of that petition or motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). It is

**FURTHER ORDERED** that any response to the emergency motion be filed by April 25, 2025. Any reply is due April 30, 2025. It is

**FURTHER ORDERED**, on the court's own motion, that Citizens for Responsibility and Ethics in Washington enter an appearance and file a response to the mandamus petition, not to exceed 7,800 words, by April 25, 2025. See Fed. R. App. P. 21(d); D.C. Cir. R. 21(a). Petitioners may file a reply, not to exceed 3,900 words, by April 30, 2025.

**Per Curiam**

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
              Scott H. Atchue
              Deputy Clerk